# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

THE NEW YORK TIMES COMPANY and MARA HVISTENDAHL,

                            Plaintiffs,                        23 **CIVIL** 4402 (AT)

                        -against-                                **<u>JUDGMENT</u>**

UNITED STATES DEPARTMENT OF JUSTICE,

                        Defendant.

-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 21, 2025, the motions for summary judgment are GRANTED IN PART and DENIED IN PART. By March 31, 2025, DOJ shall provide Plaintiffs with a copy of the Report that contains the countries and cities where misconduct took place, the years when the misconduct occurred, and the direct quotations from OIG interviews; accordingly, the case is closed.

**Dated:**  New York, New York
          February 21, 2025

                                                                  **TAMMI M. HELLWIG**
                                                                     **Clerk of Court**

                        **BY:**

                                                                     **Deputy Clerk**